IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Ronald Brunson, | ) | C/A No.: 3:11-cv-2313-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| United States District Court, District of South Carolina; | ) | |
| Central "Intelligent" Agency; | ) | |
| Federal Bureau of Investigation; | ) | |
| Steve Patterson, Intercity Broadcasting; | ) | |
| NAACP, National Association Advancement Colored People; | ) | |
| State Executive Director, NAACP; | ) | |
| President Ruby Johnson, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The *pro se* plaintiff, Ronald Brunson, brings this civil action against the named defendants. In his Complaint and his Amended Complaint, Plaintiff makes a variety of allegations against the defendants and asks this court to grant him one trillion dollars in damages, clemency, and removal of the "internal machine" installed in his body. (ECF No. 7 at 17). Plaintiff filed this action *in forma pauperis* under 28 U.S.C. § 1915.

The Magistrate Judge assigned to this action[1] has prepared a thorough Report and Recommendation and opines that the plaintiff's complaint should be summarily

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which

1

dismissed without service of process pursuant to 28 U.S.C. § 1915.  The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on September 30, 2011.  Rather than filing objections to the Magistrate Judge's Report and Recommendation, on October 6, 2011, the plaintiff filed a Notice of Appeal (ECF No. 13).  Plaintiff's Notice of Appeal neither serves as Objections to the Report and Recommendation, nor does it raise any cognizable objections to the Report and Recommendation.  In the Notice of Appeal, the plaintiff merely raises more factual allegations, which he has already raised in his Complaint and his Amended Complaint.  In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to given any explanation for adopting the recommendation.  *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law.  The Report is incorporated herein by reference.

---

specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions.  *See* 28 U.S.C. § 636(b)(1).

3

Accordingly, this action is dismissed without prejudice and without issuance and service of process.

IT IS SO ORDERED.

December 8, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District J

3